**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Michael W. Dynda            CHAPTER 13

<u>Debtor(s)</u>

BKY. NO. 23-10507 PMM

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-1 and index same on the master mailing list.

                                                 Respectfully submitted,

                                             /s/ *Michael Farrington*
                                             Michael Farrington
                                             03 Mar 2023, 12:15:30, EST

                                             KML Law Group, P.C.
                                             701 Market Street, Suite 5000
                                             Philadelphia, PA 19106-1532
                                             (215) 627-1322

Document ID: 0bbe103d26d32119afd0af352399ece7f4c010420ee4dea429d20319739a3dbc