Certificate Number: 14912-PAE-DE-037359004

Bankruptcy Case Number: 23-10507



14912-PAE-DE-037359004

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on April 19, 2023, at 10:10 o'clock AM EDT, Michael Dynda completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   April 19, 2023                              By:    /s/Jai Bhatt

                                                    Name:  Jai Bhatt

                                                    Title: Counselor