# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                        Chapter 13

                        Bankruptcy No. 23-10507-PMM

MICHAEL W. DYNDA

1274 SKIPPACK PIKE

BLUE BELL, PA 19422-

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

MICHAEL W. DYNDA

1274 SKIPPACK PIKE

BLUE BELL, PA 19422-

Counsel for debtor(s), by electronic notice only.

    PRO-SE
    *
    *
    *, * *

Date: 4/25/2023

                        /S/ Kenneth E. West
                        _____
                        Kenneth E. West, Esquire
                        Chapter 13 Standing Trustee