## United States Bankruptcy Court
## Eastern District of Pennsylvania

In re:

    Michael W. Dynda,

        Debtor.

Case No. 23-10507-pmm

Chapter 13

### Entry of Appearance

To the Clerk of Court:

    Please enter my appearance on behalf of the above-captioned debtor. Thank you.

Date: June 26, 2023

CIBIK LAW, P.C.
*Counsel for Debtor*

By: /s/ Michael A. Cibik
Michael A. Cibik (#23110)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com