# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Michael W. Dynda<br>　　　　　　　　　　Debtor(s) | CHAPTER 13 |
| Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-1<br>　　　　　　　　　　Movant<br>　　vs.<br>Michael W. Dynda<br>　　　　　　　　　　Debtor(s)<br>Kenneth E. West<br>　　　　　　　　　　Trustee | NO. 23-10507 PMM<br><br>11 U.S.C. Section 362 |

## CERTIFICATE OF SERVICE

I, Michael P. Farrington, Esq., attorney for Movant, do hereby certify that I caused true and correct copies of the foregoing Motion of Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-1 for Relief From Automatic Stay and NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE to be served on March 15, 2024, by first class mail, and/or electronic means upon those listed below:

Debtor(s)
Michael W. Dynda
1274 Skippack Pike
Blue Bell, PA 19422

Attorney for Debtor
Michael A. Cibik
Cibik Law, PC
1500 walnut Street, Suite 900
Philadelphia, PA 19102

Trustee
Kenneth E. West
Office of the Chapter 13 Standing Trustee
1234 Market Street - Suite 1813
Philadelphia, PA 19107
**VIA ECF**

Office of the US Trustee
United States Trustee
Office of the U.S. Trustee
 Robert N.C. Nix Federal Building
900 Market Street Suite 320
Philadelphia, PA 19107

Date: March 15, 2024

/s/ Michael P. Farrington, Esq.
_____
Michael P. Farrington, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
Phone: (215) 627-1322 Fax: (215) 627-7734
　Attorneys for Movant/Applicant