# United States Bankruptcy Court
# Eastern District of Pennsylvania

| | |
|---|---|
| In re:<br><br>    Michael W. Dynda,<br><br>                  Debtor. | Case No. 23-10507-pmm<br><br>Chapter 13<br><br>Related to ECF No. 52 |

## OBJECTION!

**AND NOW**, Debtor Michael W. Dynda, by and through his attorney, hereby objects to the Motion for Relief from Stay filed by Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-1, and requests that the Motion be heard before the Court at the scheduled hearing.

Date: March 27, 2024

CIBIK LAW, P.C.
*Counsel for Debtor*

By: /s/ Michael I. Assad
    Michael I. Assad (#330937)
    1500 Walnut Street, Suite 900
    Philadelphia, PA 19102
    215-735-1060
    mail@cibiklaw.com

## Certificate of Service

I certify that on this date I caused a true and correct copy of the Debtor's Objection to Motion for Relief from Stay filed by Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-1 to be served on all parties on the clerk's service list through the CM/ECF system.

Date: March 27, 2024

/s/ Michael I. Assad
Michael I. Assad