# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Michael W. Dynda <br> _Debtor(s)_ | CHAPTER 13 |
| Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-1 <br> _Movant_ <br> vs. | NO. 23-10507 PMM |
| Michael W. Dynda <br> _Debtor(s)_ | 11 U.S.C. Section 362 |
| Kenneth E. West <br> _Trustee_ | |

**ORDER**

AND NOW, this  10th  day of  June , 2024 at Philadelphia, upon consideration of this Stipulation it is hereby ORDERED that:

The Court grants approval of the Stipulation executed by all parties. However, the court retains discretion regarding entry of any further order.

_Patricia M. Mayer_
_____
Hon. Patricia M. Mayer
United States Bankruptcy Judge