UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:                                                  Chapter 13
     MICHAEL W. DYNDA

                                       Bankruptcy No. 23-10507-PMM

                Debtor

**TRUSTEE'S MOTION TO DISMISS PURSUANT TO 11 U.S.C. SECTION 1307**

To the Honorable Judges of the United States Bankruptcy Court for the Eastern District of Pennsylvania:

1.      Your Movant is Kenneth E. West, Esq. the duly qualified and acting Chapter 13 Trustee in the above-captioned case.

2.      The within case was commenced by the filing of a Chapter 13 petition on 02/21/2023.

3.      This Motion to Dismiss has been filed for the following reason(s):

•   There has been unreasonable delay by debtor(s) that is prejudicial to creditors pursuant to 11 U.S.C. Section 1307(c)(1).

     WHEREFORE, Kenneth E. West, Esq., Standing Chapter 13 Trustee,  requests that the Court, after a hearing, enter an Order dismissing this case.

Date: 08/12/2024                              Respectfully submitted,

                                     */s/ Kenneth E. West, Esq.*
                                     Kenneth E. West, Esq.
                                     Standing Chapter 13 Trustee
                                     P.O. Box 40837
                                     Philadelphia, PA  19107
                                     Telephone: (215) 627-1377