**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**Philadelphia Division**

| | |
|---|---|
| Michael W. Dynda, <br><br> *Debtor*. | Case No. 23-10507-PMM <br> Chapter 13 |

## Certificate of Service

I certify that on this date, I did cause a copy of the documents described below to be electronically served on all parties on the clerk's service list that are registered to receive notices through the CM/ECF system, and on the parties on the attached mailing list by first class mail.

- Third Amended Chapter 13 Plan

- Motion to Modify Plan After Confirmation

- Notice of Motion to Modify Plan After Confirmation, Response Deadline, and Hearing Date

Date: September 9, 2024        /s/ Michael A. Cibik
                                Michael A. Cibik (#23110)
                                Cibik Law, P.C
                                1500 Walnut Street, Suite 900
                                Philadelphia, PA 19102
                                215-735-1060
                                help@cibiklaw.com

Federal Home Loan Mortgage Corporation, at. el
c/o Select Portfolio Servicing, Inc.
P.O. Box 65250
Salt Lake City UT 84165-0250

Pennsylvania Department of Revenue
Bankruptcy Division PO BOX 280946
Harrisburg, PA 17128

Internal Revenue Service
P O BOX 7346
Philadelphia PA 19101