**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**Philadelphia Division**

| | |
|---|---|
| Michael W. Dynda,<br><br>　　　　　　　　　*Debtor*. | Case No. 23-10507-PMM<br>Chapter 13 |

## Supplemental Application for Compensation

1.　These fees are associated with a motion to modify after confirmation.

2.　Debtor's counsel seeks Supplemental Fee Approval for services rendered and seeks compensation in the amount of $1,020.00 through the modified plan.

3.　Attorney Disclosure of Compensation is attached as Exhibit A.

4.　Itemized time and billing for the services is attached as Exhibit B.

　　WHEREFORE, Debtors pray that this Honorable Court enter an order approving this Supplemental Fee Application under Local Rule 2016-2.

Date: September 9, 2024

　　　　　　　　　　　　　CIBIK LAW, P.C.
　　　　　　　　　　　　　*Attorney for Debtor*

　　　　　　　　　　　　　By: /s/ Michael A. Cibik
　　　　　　　　　　　　　　　Michael A. Cibik (#23110)
　　　　　　　　　　　　　　　1500 Walnut Street, Suite 900
　　　　　　　　　　　　　　　Philadelphia, PA 19102
　　　　　　　　　　　　　　　215-735-1060
　　　　　　　　　　　　　　　help@cibiklaw.com