| Case Number | Debtor Name | Period |
|---|---|---|
| 23-10507-PMM | Dynda, Michael W. | 3/27/2024 to 9/9/2024 |
| **Summary of Fees** | | |
| The fees below are associated with: responding to and resolving the Debtor's mortgage company's motion for relief from stay, (2) resolving the concerns of the Debtor and Debtor's mortgage company regarding the Debtor's post-petition mortgage arrears that prompted the motion for relief, (3) modifying the Debtor's Chapter 13 plan to include those arrears, and (4) effectively resolving the trustee's motion to dismiss. | | |

| Date | Staff | Description | Hours |
|---|---|---|---|
| 3/27/2024 | Attorney | Drafted objection to motion for relief | 0.1 |
| 3/27/2024 | Paralegal | Filed objection to motion for relief | 0.1 |
| 4/8/2024 | Attorney | Email correspondence with counsel for mortgage company regarding motion for relief. | 0.1 |
| 5/30/2024 | Attorney | Email correspondence with counsel for mortgage company regarding arrearages. | 0.1 |
| 6/3/2024 | Attorney | Email correspondence with counsel for mortgage company regarding stipulation. | 0.1 |
| 8/12/2024 | Attorney | Reviewed trustee's motion to dismiss. | 0.1 |
| 8/26/2024 | Paralegal | Phone call with client to discuss case status and issues with mortgage company. | 0.1 |
| 8/27/2024 | Attorney | Email correspondence with client regarding trustee's motion to dismiss. | 0.1 |
| 9/9/2024 | Attorney | Reviewed trustee's disbursements and calculated amount left to be paid to creditors. | 0.2 |
| 9/9/2024 | Attorney | Drafted modified chapter 13 plan and motion to modify chapter 13 plan. | 1.5 |
| 9/9/2024 | Paralegal | Filed modified chapter 13 plan and motion to modify with the court. | 0.2 |
| 9/9/2024 | Paralegal | Made and certified service of plan and motion to modify. | 0.2 |
| 9/9/2024 | Attorney | Drafted fee application. | 0.4 |

| | |
|---|---|
| Total Attorney Hours | 2.7 |
| Attorney Hourly Rate | $350 |
| **Attorney Total** | **$945** |
| | |
| Total Paralegal Time | 0.6 |
| Paralegal Hourly Rate | $125 |
| **Paralegal Total** | **$75** |
| | |
| Subtotal | $1,020 |
| Adjustment | $0 |
| **Amount Requested** | **$1,020** |