**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**Philadelphia Division**

| | |
|---|---|
| Michael W. Dynda,<br><br>*Debtor.* | Case No. 23-10507-PMM<br>Chapter 13 |

### Order

AND NOW, on this 9th day of September, 2024, upon consideration of Debtor's Counsel's Application to Approve Supplemental Compensation:

It is **ORDERED** that the Application is GRANTED and that supplemental compensation of **$1,020.00** is **ALLOWED** to Cibik Law, P.C. The Chapter 13 Trustee may pay the allowed amount as an administrative expense to the extent provided in the confirmed plan.

Date:                                By the Court:

                                     _____
                                     Hon. Patricia M. Mayer
                                     U.S. Bankruptcy Judge