**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

| | |
|---|---|
| In re: | Case No. 23-10507 |
| Michael W. Dynda, | Chapter 13 |
| Debtor. | Related to ECF No. 68 |

## Certificate of No Response

I certify that Cibik Law, P.C. has received no answer, objection, or other responsive pleading to the Supplemental Application for Compensation ("the application") filed on September 9, 2024. Pursuant to the notice filed with the application, responses were to be filed and served on or before September 23, 2024. I respectfully request that the proposed order attached to the application be entered at the earliest convenience of the Court.

Date: October 16, 2024

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com