## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| Michael W. Dynda, | : | |
| | : | Case No. 23-10507 (PMM) |
| | : | |
| Debtor. | : | |

### ORDER GRANTING MOTION TO MODIFY PLAN

**AND NOW** upon consideration of the Debtor's Motion to Modify the confirmed chapter 13 Plan (doc. # 65, the "Motion");

It is hereby **ordered** that

1) The Motion is **granted**; and

2) The Modified Plan (doc. # 71) is **approved**.

Date:  _____
PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE