UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

In re:                                                                                          CASE NO.: 23-10507
                                                                                                       CHAPTER 13
Michael W. Dynda,
   Debtor.

_____/

## REQUEST FOR SERVICE

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-1 ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC**
**13010 MORRIS ROAD, SUITE 450**
**ALPHARETTA, GA 30004**

                                              Robertson, Anschutz, Schneid, Crane &
                                              Partners, PLLC
                                              Attorneys for Movant
                                              13010 Morris Rd., Suite 450
                                              Alpharetta, GA 30004
                                              Telephone: 470-321-7112
                                              Facsimile: 404-393-1425

                                              By: /s/Sherri Dicks
                                                   Sherri Dicks
                                                   Email: sdicks@raslg.com

## CERTIFICATE OF SERVICE

   **I HEREBY CERTIFY** that on March 7, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

MICHAEL W. DYNDA
1274 SKIPPACK PIKE
BLUE BELL, PA 19422

And via electronic mail to:

CIBIK LAW, P.C.
1500 WALNUT STREET, SUITE 900
PHILADELPHIA, PA 19102

KENNETH E. WEST
CHAPTER 13 STANDING TRUSTEE
190 N. INDEPENDENCE MALL WEST SUITE 701
PHILADELPHIA, PA 19106

UNITED STATES TRUSTEE
OFFICE OF UNITED STATES TRUSTEE
ROBERT N.C. NIX FEDERAL BUILDING
900 MARKET STREET SUITE 320
PHILADELPHIA, PA 19107

                By: /s/ Angela Gill